

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00130-CV

———————————————

IN RE ROBERT BARANOWSKI, Relator

---

Original Proceeding
371st District Court of Tarrant County, Texas
Trial Court No. 0802303D

---

Before Kerr, Birdwell, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, real party in interest's responses, and realtor's reply and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered:  April 2, 2024